**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6263**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANIEL A. VOGEL, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CR-91-440, CA-96-170-2-18)

---

Submitted:  May 29, 1998              Decided:  June 30, 1998

---

Before MURNAGHAN and ERVIN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Susan Graham James, Montgomery, Alabama, for Appellant.  Alfred
William Walker Bethea, Assistant United States Attorney, Florence,
South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Vogel, Nos. CR-91-440; CA-96-170-2-18 (D.S.C. Jan. 27, 1997). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We grant the motion to file a reply brief. We deny the motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2